Case 1:24-mj-00084-RMM   Document

Case: 1:24-mj-00084
Assigned To : Judge Robin M. Meriweather
Assign. Date : 3/1/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On February 29, 2024, at approximately 5:41 a.m., members of the Metropolitan Police Department ("MPD") and District of Columbia Housing Authority Police Department ("DCHAPD") officers responded to 410 M Street Southeast, Washington, D.C., the Carroll Apartments, in response to a report that an officer had been shot.

Once on scene, officers made contact with a DCHAPD Officer, F. Lanangan-Jones, a law enforcement officer operating in the District of Columbia, hereafter "C-1", who was suffering from an apparent gunshot wound to the stomach. Through their investigation and witness interviews, officers learned the following:

### Witness-1's Account

C-1 and W-1, another DCHAPD officer, had responded to the location at approximately 5:15 a.m. in response to a call for a disorderly, unwanted guest located inside of 410 M Street Southeast. Once there, C-1 and W-1 met with W-3, a DCHA security guard. W-3 reported that an unknown male and female, whom W-3 knew was previously barred from the premises, entered the building without identifying themselves and proceeded upstairs to the second floor of the building. The unknown male and female were banging on the door of apartment #206. Upon responding to the second floor, outside of apartment #206, C-1 and W-1 made contact with Victor Scott TERRILL (hereafter, "TERRILL") and W-2, who was with him. W-1 reported that during the interview, TERRILL became agitated and verbally abusive, and refused to identify himself to police.

W-1 reported that, shortly thereafter, C-1 and W-1 attempted to detain TERRILL, who began to resist the officers by tensing up his body. A struggle ensued between TERRIL, C-1, and W-1. As W-1 tried to place TERRILL in handcuffs, TERRILL produced a handgun and fired a single round, which struck C-1 in the lower left side of his stomach. W-1 heard C-1 state in substance "I'm shot," and W-1 observed TERRILL with a silver (barrel) and black (lower receiver) handgun in his right hand. W-1 yelled out "GUN" several times, and TERRILL fled the location on foot through the second-floor hallway and down a westside staircase.

W-1 and C-1 began to chase TERRILL, while simultaneously calling for backup using police radio. W-1 followed TERRILL down the westside stairwell and C-1 ran down the eastside stairwell. W-1 lost sight of C-1 and TERRILL. Upon reaching the lobby, W-1 asked W-3, the DCHA security guard, where TERRILL and C-1 went, but W-3 advised that she did not know. W-1 left the building in search of TERRILL and C-1. As he exited the building, W-1 heard two gunshots and observed two flashes of muzzle fire in the direction of C-1, followed by two additional gunshots and flashes of muzzle fire from C-1 in the direction of TERRILL. W-1 voiced a lookout for TERRILL, as a black male wearing all black clothing, and white and black shoes. W-1 then rendered first aid to C-1 until assistance arrived. C-1 was then transported to the hospital for treatment.

As additional officers responded to the scene and began canvasing for TERRILL, concerned citizens flagged down officers and reported observing TERRILL fleeing inside of 1331

4th Street Southeast. Law enforcement barricaded the location, which was approximately one block away from the offense location. The suspect, later identified as TERRILL, was subsequently detained by the Emergency Response Team without incident.

At approximately 8:32 a.m. on February 29, 2024, officers conducted a show up procedure at the intersection of Fourth and Tingey Street Southeast, Washington, D.C. During the procedure, W-1 identified TERRILL as the individual who shot C-1 during the earlier incident. The show-up procedure was captured on the body worn camera of MPD Sergeant Coletti, who was present.

### Witness-2's Account

On Thursday, February 29, 2024, W-2 was placed under arrest and charged with Unlawful Entry, inside of 410 M Street Southeast, Washington, D.C. W-2 was identified as Teyona Tamika Tolson. W-2's arrest stems from officers' observations of her with TERRILL when officers attempted to detain him inside of the location.

At approximately 8:21 a.m., law enforcement conducted a videotaped, custodial interrogation of W-2, during which W-2 waived her rights and provided a statement. W-2 reported in substance that she went to 410 M Street Southeast, apartment number 206, with a friend named "LOW" to help an elderly male named Curtis Harper. W-2 further stated in substance that "Curtis" refused to let W-2 inside the apartment because he had an issue with LOW on February 28, 2024, in which LOW stole some items from his home and, as a result, "Curtis" did not want LOW in his home.

W-2 further reported in substance that law enforcement arrived and made contact with W-2 and TERRILL and explained to them that they were not supposed to be at the aforementioned location. During the interaction, W-2 was placed in handcuffs and officers became involved in a physical tussle with LOW. W-2 heard a "pop" and saw feathers. W-2 reported that she did not see the shooting but apologized to detectives about the offense. W-2 further reported in substance that she had known LOW for over two years, has spent time with him, and LOW had slept in W-2's home. W-2 further reported that TERRILL could be LOW's real name. W-2 reported that she went inside apartment 206 and hid in the closet, where she was located and arrested. When shown a single photograph of TERRILL, W-2 stated in substance "Yeah, that's LOW, an old picture." W-2 was charged with Unlawful Entry and processed.

### Witness-3's Account

W-3, a DCHA security guard, reported that she was on duty in her capacity as a D.C. Housing Authority security guard when W-3 observed a female subject (later identified as W-2), whom she knew to be barred from the location, and an unknown male (later identified as TERRILL) enter 410 M Street Southeast and proceed upstairs to the second floor. W-3 stated that the pair did not identify themselves upon entry, which non-tenants are supposed to do. W-3 continued to keep watch of both subjects via CCTV footage as they began knocking on apartment number 206 for approximately twenty minutes before W-1 and C-1 arrived on scene.

W-3 reported that officers responded to the second floor and made contact with both subjects in front of apartment 206. W-3 stated she observed, via CCTV footage, the confrontation between the housing officers and TERRILL and heard multiple gunshots from outside. W-3 stated that the female, W-2, had been barred in the past verbally.

### Witness-4 Account

W-4 stated, in substance, that at approximately 6:45 a.m., he heard emergency equipment from first responders and the building's fire alarm shortly thereafter. W-4 stated in substance that he then exited his apartment, at 1331 4th Street Southeast, on the tenth floor and proceeded down the staircase to the ground floor. As W-4 got to the ground level of the staircase, he attempted to push open the staircase door and felt resistance against the door. W-4 stated that, as he continued to push on the door, he was able to look into the crack of the door and observed a black male subject standing on the other side of the door in the building's interior hallway.

W-4 stated that he asked the subject what he was doing, and what was going on. W-4 stated that the male subject did not answer the questions. W-4 then stated that he then asked the subject if he would let W-4 by the subject, at which time the subject let W-4 out of the stairwell. W-4 stated that he and the subject kept eyes on each other as he passed by the subject and subsequently exited the building through an adjacent exit from the building and was immediately met by MPD officers who gave W-4 verbal commands to place his hands up, and W-4 complied. W-4 described the subject as a black male approximately 5'9 to 5'10 in height, thin build, approximately 150 to 170 pounds, medium complexion with a scruffy beard and mustache combo. W-4 also stated that he noticed that the male subject was holding a light blue pair of scissors and a cylinder object which W-4 was unable to describe.

### Crime Scene

In the second-floor hallway of 410 M Street Southeast, officers observed C-1's flashlight, badge, and one .40 caliber shell casing (near the elevators). Additionally, there was fur scattered about the hallway, which detectives later learned came from TERRILL's jacket.

In the lobby of 410 M Street Southeast, there were two 9mm shell casings located outside the property manager's office near a vending machine. There was also a graze along the wall outside of the security booth and a fragment was recovered inside the wall.

In the rear alley of 401 M Street Southeast (Harris Teeter), there were two fragments recovered along with seven 9mm shell casings and one .40 caliber shell casing.

Inside of 1331 4th Street Southeast, there was a Smith & Wesson SD40 handgun recovered from the trash can inside of the elevator lobby of the B3 level parking garage of 1331 4th St SE.

There was a black "Mondetta Outdoor Project" jacket with defects, a pair of black Armani Exchange pants, and a gray knit hat recovered from underneath the loading dock stairwell on the bottom floor of 1331 4th Street Southeast.

Video Review

Surveillance footage from 410 M Street Southeast was reviewed and showed an interaction between two DCHA Police Officers and two subjects (one female and one male) in the hallway on the second floor. The video did not have audio. As officers attempted to take the male subject into custody, a physical struggle ensued. The female subject remained out of the struggle as the two officers struggled with the male. Suddenly, the struggle ended with the two officers separating from the male subject and the male subject walking away while holding a handgun in his right hand. The officers appeared to seek cover down the hallway as they distanced themselves from the subject as the male subject fled with the handgun. The female subject, who got knocked down to the ground accidently, remained on the ground until later getting up.

The video showed what appeared to be white in color feathers or down from a jacket on the ground. An attempt was made to download this footage however the system would not allow it. An ESU technician was called to the scene, however their attempt to obtain the footage was unsuccessful. Due to the obtained video being a video of a video, it appeared blurrier than what the video was when it was playing on the DVR system at the building.

Police reviewed footage from 1331 4th Street Southeast and noted the following. At approximately 5:35 a.m. (approximately 5:42 a.m. real-time), the video footage shows TERRILL traveling southbound on foot on the east sidewalk in the 1300 block of 4th Street Southeast. TERRILL crossed 4th Street Southeast, got onto the west sidewalk in the 1300 block of 4th Street Southeast, and entered the parking garage of 1331 4th Street Southeast through the large garage door that was open. At this point, TERRILL is seen wearing a black puffy jacket with a hood, gray winter hat, black pants, white/black/red shoes, and there is a teal speaker hanging around the Defendant's belt area on the right side. After entering inside the garage to the B1 level, an additional camera from the location (B1 West, View South) shows TERRILL at approximately 05:36 hours (approximately 05:43 hours real time), dressed in the same clothing as described above but, additionally, can be seen wearing blue pants underneath his black pants.

At approximately 05:38 hours (approximately 05:45 hours real time), TERRILL is seen entering inside the loading dock stairwell from the B2 level (identified by the POC). TERRILL is still wearing the same clothing as described above. At approximately 05:43 hours (approximately 05:50 hours real time), TERRILL is seen exiting from the stairwell on the B3 level. TERRILL is seen wearing the same white/black/red shoes and teal speaker hanging around the right side of his belt area, but is now wearing blue pants, a black shirt, a chain around his neck, and a black skull cap. TERRILL is also seen putting a handgun in his right waistband area.

At approximately 05:48 hours (approximately 05:55 hours real time), TERRILL is seen inside the B3 elevator lobby area. TERRILL can be seen looking out of the glass window in towards the parking garage, as if seeing if anyone is around or looking at him. TERRILL then looks inside a silver trash can inside the elevator lobby, removes a handgun from his waistband area, and places it inside the trash can. TERRILL then exits the lobby area. At approximately 06:08 hours (approximately 06:15 hours real time), TERRILL is seen on the B1 Stair D / Blue Phone camera appearing to pull the fire alarm to the building. It should be noted that the camera footage from the location is approximately 7 minutes slow (verified by Detective Barrows).

4

### Unlawful Entry of a Motor Vehicle

At approximately 6:20 a.m., MPD units who were on scene and watching live video feed at 1331 4th Street Southeast voiced (via the 1D Radio zone) that they observed TERRILL enter a gray in color Buick, bearing DC registration "CH1147", fumbling around inside of the vehicle. A pair of scissors with a pink handle was recovered from inside of the Buick by DFS-CSU 29 Covington. A witness, C-2, told Detective Brown that she left the vehicle unsecure and stated that the scissors were not hers. C-2 later called 1DDU and reported damage done to her vehicle.

### The Recovery of the Gun

On scene, from inside of a trash can in the elevator lobby of the B3 level parking garage at 1331 4th Street Southeast, Washington, D.C., police recovered a Silver and Black Smith & Wesson 40 Caliber SD40VE, with serial number FEA5728, loaded with three rounds in a thirteen-round magazine and one round in the chamber, all of which was head stamped 40 Cal and brass colored. The firearm appeared to be fully functional, is designed to expel a projectile by the action of an explosion and has a barrel length of less than 12 inches and is capable of being fired by use of a single hand. Furthermore, officers were aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have travelled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of TERRILL revealed that he was previously convicted of Kidnapping in D.C. Superior Court Case Number 2004-FEL-003486, punishable by a term of imprisonment exceeding one year. In that case, he was sentenced on December 15, 2004, to 60 months in prison with 60 months of supervised release and therefore had knowledge that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year.

At approximately 8:14 a.m. on February 29, 2024, Officer Hakim Bouachi stated that the defendant uttered words to the effect of, we need to start killing you guys, referring to the police.

_____
Special Agent Bridgett Soares
Badge No. 100574
Federal Bureau of Investigation

Subscribed and sworn pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on March 1, 2024.

2024.03.01
16:54:47
-05'00'
_____
The Honorable Robin M. Meriweather
United States Magistrate Judge